**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CATHY HAMILTON,**<br>*Plaintiff*<br><br>**v.**<br><br>**CAPMETRO-KEOLIS TRANSIT AMERICA AND ATU-AMALGAMATED TRANSIT UNION LOCAL 1091,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:26-CV-01877-RP** |

**ORDER**

Before the Court is Plaintiff Cathy Hamilton's Complaint, Dkt. 1, and motion to proceed *in forma pauperis*, Dkt. 2. The undersigned has reviewed Hamilton's financial affidavit and determined that she is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the Court **ORDERS** that Hamilton's motion to proceed *in forma pauperis*, Dkt. 2, is **GRANTED**. The Clerk of the Court shall file Hamilton's Complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Hamilton is further advised, although she has been granted leave to proceed *in forma pauperis*, a court may, in its discretion, impose costs of court at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

Because Hamilton has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review her Complaint under §1915(e)(2). After reviewing Hamilton's Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. However, the Court cautions Hamilton that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e).

The Court **FURTHER ORDERS** the Clerk of the Court to issue summons and the United States Marshal to commence service of process, including service of Hamilton's complaint upon the named Defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

The referral of this case to the Magistrate Judge should now be canceled.

SIGNED October 27, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE